Jamie M. Evans, OSB 117064
Evans & Evans PC
222 NE Park Plaza Drive, Suite 113
Vancouver, WA 98684
Phone: 503-200-2723; Fax: 360-828-8724
Jamie@evans-evans.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KOURTNEY L.,[1] <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 3:18-cv-01643-JR <br><br> ORDER FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |

It is hereby ORDERED that attorney fees in the amount of $6,199.92 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The parties agree that attorney fees in the amount of $6,199.92 will be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the non-governmental party.

EXHIBIT C (PROPOSED ORDER)—PLAINTIFF'S UNOPPOSED
APPLICATION FOR ATTORNEY FEES UNDER
THE EQUAL ACCESS TO JUSTICE ACT - 1

Jamie M. Evans, OSB 117064
Attorney for Plaintiff
Evans & Evans, PC
222 NE Park Plaza Dr, Ste 113
Vancouver, WA 98684
Ph: 503-200-2723
Fx: 360-828-8724

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, Jamie Evans: 222 NE Park Plaza Drive, Suite 113, Vancouver, WA 98684. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this 22nd day of October, 2019.

_____
JOLIE A. RUSSO
United States Magistrate Judge

Proposed Order Submitted: October 21, 2019

/s/ Jamie M. Evans
Jamie M. Evans, OSB # 117064
Attorney for Plaintiff
Evans & Evans, PC
Ph.: 503-200-2723
Fax: 360-828-8724
Jamie@evans-evans.com

EXHIBIT C (PROPOSED ORDER)—PLAINTIFF'S UNOPPOSED APPLICATION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT - 2

Jamie M. Evans, OSB 117064
Attorney for Plaintiff
Evans & Evans, PC
222 NE Park Plaza Dr, Ste 113
Vancouver, WA 98684
Ph: 503-200-2723
Fx: 360-828-8724